25-04642MB

# AFFIDAVIT

I, Alan M. Book, a Postal Inspector with the United States Postal Inspection Service (USPIS), being duly sworn, depose and state:

## INTRODUCTION

1.      I am a Postal Inspector with the United States Postal Inspection Service, in Tucson, AZ, and have been employed as such since September of 2016.  Since December 2016, I have been stationed at the Tucson, Arizona office of the Phoenix Division. I attended the twelve-week training course at the United States Postal Inspection Service Academy in Potomac, MD.  There I received training related to violations of federal law including assaults, robberies, and criminal investigations of narcotics trafficking via the United States Mail. Prior to becoming a Postal Inspector, I was employed as a United States Border Patrol Agent for approximately 5 years. Throughout my law enforcement career, I have had extensive training and experience investigating a variety of criminal violations including controlled substances. On September 15, 2017, I successfully completed a 40 hour training course on Prohibited Mailings and Narcotics. On September 15, 2017, I also completed the Narcotics Identification Competency Level Course.

2.      I am currently working with Inspector Ethan A. Paszko, who has conducted hundreds of criminal investigations throughout his career and who, since 2012, has conducted over one hundred investigations involving the mailing of narcotics and/or the money derived from the sale of narcotics.  Inspector Paszko has obtained in excess of one hundred federal search warrants for United States Mail parcels and letters.  Postal Inspectors in Tucson routinely work with each other to identify and interdict suspected narcotics parcels.

## DESCRIPTION OF SUBJECT PARCEL

3.      This affidavit is made in support of an application for a search warrant for a United States Priority Mail parcel in connection to mailing narcotics and proceeds. The Subject Parcel is described as:

**SP1:**  USPS Priority Mail parcel with USPS Tracking Number 9505 5122 5054 5055 1570 56, with $26.30 in postage, postmarked from Tucson, AZ 85704 on February 24, 2025.  It bears no return address and is addressed to "Scott Kennedy, 7901 Keeler Ave #35, Skokie, IL 60076." The parcel consists of a white Priority Mail parcel, weighing approximately 10 pounds 2 ounces and measuring approximately 12" X 12 "X 5.5."

**SP2:**  USPS Priority Mail parcel with USPS Tracking Number 9505 5122 5054 5055 1570 32, with $26.30 in postage, postmarked from Tucson, AZ 85704 on February 24,

2025. It bears no return address and is addressed to "Scott Kennedy, 7901 Keeler Ave #35, Skokie, IL 60076." The parcel consists of a white Priority Mail parcel, weighing approximately 11 pounds 13 ounces and measuring approximately 12" X 12 "X 5.5."

The two parcels are hereafter referred to as "SUBJECT PARCELS 1 and 2."

## BACKGROUND ON USPS DRUG INTERDICTION IN SOUTHERN ARIZONA AND THE USPS DRUG MAIL PROFILING PROGRAM

4.   Based upon my training, personal experience, and the collective experiences relayed to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and the proceeds from sales of controlled substances, I am aware that the Southern Arizona international border is a leading area of the United States for the entry of controlled substances from Mexico.  Based on the large quantities of controlled substances entering Southern Arizona, controlled substances are frequently transported from Southern Arizona via the United States Mail to metropolitan areas across the United States, primarily to the eastern United States and Puerto Rico.  It is also common for the proceeds from the sale of the controlled substances to be sent to Southern Arizona via the United States Mail.  By using the U.S. Mail to ship-controlled substances, drug traffickers place a significant risk on unknowing postal employees who handle and deliver those mailings.

5.     Based on the frequent use of the United States Mail for the shipment of controlled substances from Southern Arizona, Postal Inspectors in Tucson routinely profile inbound and outbound mail articles for suspicious characteristics common to drug parcels and proceeds.  While there are many characteristics that experienced inspectors look for, the most common characteristics found are:

a.   Suspected drug and proceeds parcels are mailed from known drug destination areas, primarily the large metropolitan areas in the eastern half of the United States, Alaska, and Puerto Rico.

b.   The sender names and addresses on drug proceeds parcels routinely contain fictitious names, misspellings, or incomplete, inaccurate, and/or unauthorized information.

c.   A tracking number is used to provide the trafficker the ability to track the parcel's progress to the point of delivery.

Parcels found to meet all the suspicious characteristics described in subsections a through c of this paragraph are further investigated by Postal Inspectors.

## INVESTIGATIVE DETAILS

6.    Postal Inspectors in Tucson conduct drug interdiction activities on a regular and continuous basis to identify drug mailings entering the United States Mail in Tucson and throughout southern Arizona. We conduct those activities by observing mail originating from southern Arizona that is processed at the USPS Tucson Processing and Distribution Center (TPDC) and by investigating parcels referred to us by postal employees who believed the parcels had suspicious characteristics. Upon receipt of SUBJECT PARCELS 1 and 2, I segregated the packages in a secure location and conducted an examination of each of the parcels, which confirmed that each had multiple characteristics associated with parcels containing controlled substances namely:

   a.    Each of the SUBJECT PARCELS are destined for areas that I know from experience to be destination areas for drug parcels.

   b.    Each of the SUBJECT PARCELS bears a tracking number.  In my experience nearly all drug parcels have tracking numbers which drug mailers routinely check on to follow the progress of the parcel to its destination.

   c.    Per a query of the Thomson Reuters CLEAR data base, each of the SUBJECT PARCELS bears a recipient name that does not associate with the listed return address.  CLEAR is an online service that provides an extensive collection of public records used primarily by corporate security departments and law enforcement agencies nationwide for investigative purposes.  CLEAR draws on a vast collection of records which includes credit reports, law enforcement records, utility records and other public records. The USPIS uses a version of CLEAR that is exclusively for law enforcement agencies.  Postal inspectors routinely use CLEAR to conduct address searches for the persons associated with those addresses.

7.    As noted above, the SUBJECT PARCELS have been secured at the United States Postal Inspection Service office at 1501 S. Cherrybell, Tucson, Arizona since the time of detention. To date, no claims or inquiries have been made regarding the SUBJECT PARCELS.  This is consistent with the conclusion that the SUBJECT PARCELS contain contraband because senders and recipients of

legitimate mail, particularly legitimate mail with tracking numbers and/or overnight delivery service, will typically make a claim or inquiry if a parcel is delayed.

## CANINE EXAMINATION PERFORMED WITH POSITIVE RESULTS

8.      On February 25, 2025, at approximately 9:05 a.m., Inspector Ethan Paszko met with Agent Joshua Ureneck of the United States Border Patrol and his narcotics canine partner Gator. Agent Ureneck's canine is trained and certified to detect the odors of marijuana, heroin, cocaine, and methamphetamine.  Inspector Paszko placed the SUBJECT PARCELS in a cleared area for examination by Agent Ureneck and Gator. Agent Ureneck informed Inspector Paszko at 9:14 a.m. that Gator had positively alerted to the SUBJECT PARCELS, indicating the presence of narcotics or a controlled substance, or other evidence with an odor of narcotics or a controlled substance within the parcel.

9.      Based on the facts set forth in this affidavit, I believe there is probable cause to show that the SUBJECT PARCEL referenced in this affidavit contains controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841 (a)(1), Possession with Intent to Distribute a Controlled Substance, and 843 (b), Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

I respectfully request that a warrant be issued to search the subject parcel for evidence of the above violations.

*Alan Book*

_____

Alan M. Book
United States Postal Inspector

Subscribed and sworn to before me on
This 25th of February 2025.

*Maria S. Aguilera*

Maria S Aguilera
United States Magistrate Judge